UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:89-cr-94-T-17B

JORGE CORTEZ

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendant JORGE CORTEZ, without prejudice. Leave of Court is granted and the Indictment is dismissed against Defendant JORGE CORTEZ, in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to Defendant JORGE CORTEZ.

Dated: JANUARY 31, 2017

ELIZABETH A. KOVACHEVICH
United States District Judge

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE